Adequate remedy by appeal in event of conviction.

261 So.2d 227

**CITY OF JENNINGS**

v.

**Howard MIRE.**

No. 52431.

May 10, 1972.

Adequate remedy in case of conviction.

261 So.2d 227

**STATE of Louisiana**

v.

**James Albert BULLOCK.**

No. 52414.

May 11, 1972.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Bernard J. Bagert, Sr. Judge of the Criminal District Court, for the Parish of Orleans, to transmit to the Supreme Court of Louisiana, on or before the 9th day of October, 1972, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through counsel shall show cause, in this court, on the date aforesaid, at 11 o'clock A. M., why the relief prayed for in the petition of the relator should not be granted.